```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

DAVID McELROY,                      *

    Plaintiff,                  *

vs.                                 *
                                         CASE NO. 3:12-CV-119 (CDL)
CAROLYN W. COLVIN, Commissioner     *
of Social Security,
                                    *
    Defendant.
                                    *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the United States Magistrate Judge filed September 23, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 8th day of October, 2013.

                                        s/Clay D. Land
                                          CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE